Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Richard R. Barker
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-CR-00018-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 1503 <br> Obstruction of Justice |
| DAMEN JAGER, | |
| Defendant. | |

The Grand Jury charges:

On or about October 28, 2022, in the Eastern District of Washington, the Defendant, DAMEN JAGER, did corruptly influence, obstruct, and impede and endeavor to influence, obstruct, and impede the due administration of justice in *United States v. Dezmonique Tenzsley*, United States District Court for the Eastern District of Washington Case No. 2:22-MJ-370-JAG, by making a telephone call to

//

INDICTMENT – 1

Ferry County, Washington, 911 falsely claiming to have taken part in shootings that had occurred on October 20, 2022, all in violation of 18 U.S.C. § 1503.

DATED this __6__ day of February, 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

*Ric R. Barker*
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 2