✎ PS 8
(3/15)

Case 2:24-cr-00018-TOR    ECF No. 21    filed 03/13/24    PageID.43    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Jager, Damen        Docket No.    0980 2:24CR00018-TOR-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Corey M. McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Damen Jager, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 11th day of March 2024, under the following conditions:

**Standard Condition #11**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 26, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Jager. Mr. Jager acknowledged an understanding of his conditions at that time.

**Violation #1:** Damen Jager is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine and marijuana, on or around March 7, 2024.

On March 7, 2024, Mr. Jager reported to Alcohol Drug Education Prevention and Treatment (ADEPT), in Colville, Washington, to submit to urinalysis testing. Staff at ADEPT emailed the undersigned officer and advised that the urinalysis test submitted by Mr. Jager yielded a positive finding for the presence of marijuana and methamphetamine.

On that same day, the undersigned officer contacted Mr. Jager by cell phone and he was questioned about his presumptive positive test for illicit substances. He admitted to consuming methamphetamine and marijuana "about 1 week ago" at a bon fire party. He said the party was around February 29, 2024.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    March 13, 2024 |
| by | s/Corey M. McCain |
|  | Corey M. McCain
U.S. Pretrial Services Officer |

PS-8
Re: Jager,, Damen
March 13, 2024
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/13/24
_____
Date