PS 8
(3/15)

Case 2:24-cr-00018-TOR    ECF No. 33    filed 04/02/24    PageID.70    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Jager, Damen | Docket No. | 0980 2:24CR00018-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Damen Jager, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 16th day of February 2024, under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of federal, state, or local, or tribal law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal state law enforcement agency, including tribal agencies, without providing notice to United States Probation. Defendant shall comply with all conditions of supervision imposed by other courts.

**Standard Condition #2:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #12:** Prohibited Substance Testing: If random controlled substance testing is not done through a treatment program, random controlled substance testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall not in any way obstruct or attempt to obstruct or tamper with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 26, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Jager. He acknowledged an understanding of his conditions at that time.

**Violation 1:** Damen Jager is alleged to have violated standard condition number 1, on or around March 21, 2024, by failing to advise the undersigned officer within 1 business day of having contact with law enforcement.

On March 21, 2024, Mr. Jager was pulled over for a traffic stop by law enforcement in Ferry County, Washington. He was issued citations for the following: third degree driving without a license, operating a motor vehicle without insurance, and speeding 16 miles per hour over the limit. Mr. Jager did not report the law enforcement contact to the undersigned officer as required by his pretrial release conditions.

**Violation #2:** Damen Jager is alleged to have violated standard condition number 2 by failing to report to the U.S. Probation Office for urinalysis testing as directed on March 27, 2024.

On March 27, 2024, Mr. Jager appeared before Your Honor on a previously issued summons. After Court, Mr. Jager was directed to report to the U.S. Probation Office to submit to urinalyses testing. He initially reported for testing at approximately 2:50 p.m., and attempted to provide two times, stating he was unable to provide a sample. At approximately 3:45 p.m., he asked to go outside to use his phone to let his transportation know what was going on and his request was granted, and he was directed to return immediately. Mr. Jager failed to report back for his urinalysis test as directed.

**Violation #3:** Mr. Jager is alleged to have violated standard condition number 12 by using methamphetamine and marijuana on or around March 27, 2024.

In response to violation number 2, after Mr. Jager failed to report for urinalysis testing at the U.S. Probation Office, the undersigned officer contacted him and directed him to report back to the U.S. Probation Office on March 29, 2024, at 11 a.m.

Mr. Jager did not report at 11 a.m. as directed, and instead chose to report to the U.S. Probation Office at approximately 4:30 p.m. Again, Mr. Jager stalled and was unable to provide a urine sample. He admitted to the use of methamphetamine and marijuana on or around March 27, 2024, and signed an admission of drug use form.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    April 2, 2024

by    s/Corey M. McCain

Corey M. McCain
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

April 2, 2024

Date