PROB 12C
(6/16)

Report Date: July 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Damen Jager | Case Number: 0980 2:24CR00018-TOR-1 |
| Address of Offender: ███████, Republic, Washington 99166 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: May 8, 2024 | |
| Original Offense: | False Reporting in Indian Country, 18 U.S.C. §§ 13, 1152 |
| Original Sentence: | Prison - 29 days<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: May 8, 2024 |
| Defense Attorney: | Stephen R. Hormel | Date Supervision Expires: May 7, 2025 |

## PETITIONING THE COURT

To issue a summons.

On June 21, 2024, the undersigned officer reviewed the conditions of supervision with Mr. Jager relative to case number 2:24CR00018-TOR-1. Mr. Jager acknowledged an understanding of the conditions at that time.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Damen Jager is alleged to have violated the conditions of his term of supervised release by admitting to ingesting methamphetamine on or about June 18, 2024.<br><br>On June 21, 2024, Mr. Jager reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Jager signed a substance abuse admission form acknowledging he smoked methamphetamine on or about June 18, 2024. |
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

Prob12C
Re: Jager, Damen
July 23, 2024
Page 2

      **Supporting Evidence:** Damen Jager is alleged to have violated the conditions of his term of supervised release by admitting to ingesting methamphetamine on or about June 22, 2024.

      On July 2, 2024, the undersigned officer met with Mr. Jager at his residence. During that meeting, the undersigned officer attempted to collect a urine specimen from Mr. Jager for the purpose of drug testing. He was unable to provide a urine specimen at that time. However, Mr. Jager admitted he last ingested methamphetamine on or about June 22, 2024, and signed a substance abuse admission form acknowledging his use of methamphetamine on that date.

3      **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

      **Supporting Evidence:** Damen Jager is alleged to have violated the conditions of his term of supervised release by admitting to ingesting methamphetamine on or about July 13, 2024.

      On July 18, 2024, a counselor with New Alliance Counseling Services (NACS) contacted the undersigned officer and advised Mr. Jager participated in a substance use disorder evaluation at that agency earlier in the week. As a part of the evaluation, Mr. Jager reportedly provided a urine specimen that tested presumptive positive for the presence of methamphetamine. The counselor advised Mr. Jager admitted to her that his last use of methamphetamine was on or about July 13, 2024. She further advised that NACS does not conduct "compliance" drug testing, so the agency does not send urine specimens to a laboratory for confirmation.

      On July 22, 2024, the undersigned officer contacted Mr. Jager by telephone and confronted him on his use of methamphetamine. Mr. Jager verbally confirmed that he ingested methamphetamine on the date he reported to the counselor at NACS, which was on or about July 13, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on:   July 23, 2024

      s/Erik Carlson

      Erik Carlson
      U.S. Probation Officer

Prob12C
Re: Jager, Damen
July 23, 2024
Page 3

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
July 23, 2024
Date