PROB 12C
(6/16)

Report Date: September 30, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Damen Jager | Case Number: 0980 2:24CR00018-TOR-1 |
| Address of Offender: ▮▮▮▮▮, Republic, Washington 99166 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: May 8, 2024 | |
| Original Offense: False Reporting in Indian Country, 18 U.S.C. §§ 13, 1352 | |
| Original Sentence: Prison - 29 days; TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Michael James Austen Ellis | Date Supervision Commenced: May 8, 2024 |
| Defense Attorney: Stephen R. Hormel | Date Supervision Expires: May 7, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/23/2024.

On June 21, 2024, the undersigned officer reviewed the conditions of supervision with Mr. Jager relative to case number 2:24CR00018-TOR-1. Mr. Jager acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #2**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Jager is in violation of his conditions of supervised release by failing to appear for random urinalysis testing at Alcohol Drug Education Prevention Treatment (ADEPT) in Colville, Washington, on or around September 3 and 23, 2024. |
| | Mr. Jager is on the random urinalysis testing hotline with ADEPT in Colville, Washington. He has been assigned the color gold for urinalysis testing and instructed to call the testing hotline daily. When his color is called, he has been instructed to submit to urinalysis testing that same day. |

Prob12C
**Re: Jager, Damen**
**September 30, 2024**
**Page 2**

        On September 4, 2024, staff at ADEPT notified the undersigned officer that Mr. Jager did not report for urinalysis testing as instructed. The following day, Mr. Jager was confronted on the missed urinalysis test. He claimed he did not have a phone to call the hotline that day.

        On September 23, 2024, staff at ADEPT called the undersigned officer to advise that Mr. Jager again failed to appear for random urinalysis testing as directed.

5        **Special Condition #1**: Defendant shall undergo substance abuse evaluations and, if indicated by a license/certified treatment provider, enter into and successfully complete approved substance abuse treatment programs, which could include inpatient treatment and aftercare upon further order of the court. Defendant shall contribute to the cost of treatment according to his ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: It is alleged Mr. Jager is in violation of his conditions of supervised release by failing to attend drug and alcohol treatment at New Alliance Counseling on September 23, 2024.

        On September 23, 2024, Mr. Jager's substance abuse counselor contacted the undersigned officer to advise Mr. Jager was a "no call/no show" for group.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | September 30, 2024 |
|---|---|
| | s/Corey M. McCain |
| | Corey M. McCain<br>U.S. Probation Officer |

Prob12C
**Re: Jager, Damen**
September 30, 2024
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other: *All pending violations will be addressed at the hearing scheduled for 10/3/3024.*

Thomas O. Rice
United States District Judge

September 30, 2024
Date