PROB 12C
(6/16)

Report Date: November 21, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Damen Jager | Case Number: 0980 2:24CR00018-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Washington 99166 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 8, 2024

| | | | |
|---|---|---|---|
| Original Offense: | False Reporting in Indian Country, 18 U.S.C. §§ 13, 1352 | | |
| Original Sentence: | Prison - 29 days; TSR - 12 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: | May 8, 2024 |
| Defense Attorney: | Steven R. Hormel | Date Supervision Expires: | May 7, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violations contained in this petition in future proceeding with the violations previously reported to the Court on 07/23/2024 and 09/30/2024.

On June 21, 2024, the undersigned officer reviewed the conditions of supervision with Mr. Jager relative to case number 2:24CR00018-TOR-1. Mr. Jager acknowledged an understanding of the conditions at that time.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #2**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Jager is in violation of his conditions of supervised release by failing to report for random urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT) in Colville, Washington, on or about November 4, 2024. |
| | On November 1, 2024, Mr. Jager successfully completed inpatient treatment. Mr. Jager was informed by the undersigned officer that he was being placed back on the random urinalysis testing hotline at ADEPT, and was directed to begin calling the urinalysis hotline daily beginning on November 4, 2024. |

Prob12C
Re: Jager, Damen
November 21, 2024
Page 2

On November 4, 2024, Mr. Jager failed to report for random urinalysis testing as directed. On November 6, 2024, Mr. Jager was confronted on his inability to report for random urinalysis testing. He said he forgot to call even though the undersigned officer reminded him to begin doing so.

7 **Special Condition #2**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Jager is in violation of his conditions of supervised release by using methamphetamine, on or around November 16, 2024.

On November 19, 2024, the undersigned officer met with Mr. Jager at his residence. He was advised several hours prior that this officer would be collecting a random urinalysis test. Mr. Jager struggled to provide a random urinalysis test. He eventually admitted to the undersigned officer that he used methamphetamine on or about November 16, 2024. He signed an admission of drug use form.

8 **Special Condition #1:** Defendant shall undergo substance abuse evaluations and if indicated by a licensed/certified treatment provider, enter into and successfully complete approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. Defendant shall contribute to the cost of treatment according to his ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** It is alleged Mr. Jager is in violation of his conditions of supervised release by failing to attend substance abuse treatment at New Alliance Counseling Services in Republic, Washington, on November 15 and 18, 2024.

The undersigned officer contacted New Alliance Counseling Services to inquire Mr. Jager's compliance with his intensive outpatient treatment program. Staff informed that Mr. Jager failed to attend group on November 15 and 18, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | November 21, 2024 |
|---|---|
| | s/Corey M. McCain |
| | Corey M. McCain<br>U.S. Probation Officer |

Prob12C
Re: Jager, Damen
November 21, 2024
Page 3

### THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

November 21, 2024
Date